# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | MJ 19-16-M-JCL |
| **Plaintiff,** vs. | ORDER |
| **VICTOR MANUEL ORTEGA-YESCAS,** **Defendant.** | |

Based on motion of the United States, there being no objection, and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Criminal Complaint, and the Criminal Complaint, filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 13th day of February, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge